

Entered on Docket
September 02, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

David Krieger, Esq.
Nevada Bar No: 9086
George Haines, Esq.
Nevada Bar No: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Edward P. Villalon

E-FILED: August 24, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>**Edward P. Villalon**,<br><br>Debtor(s). | Case No. BKS-09-11427-LBR<br>Chapter 13<br><br>Hearing Date:  August 20, 2009<br>Hearing Time: 3:30 P.M. |

### ORDER ON MOTION PERMITTING THE DEBTOR TO FINANCE AN AUTOMOBILE

THE ABOVE MATTER having been heard at the time and date above the Court Finds as follows:

1. Debtor shall purchase a 2005 Chevrolet Malibu for $21,101.40 to be repaid in equal monthly installments of $351.69 per month for sixty (60) months.

**IT IS THEREFORE ORDERED THAT** if 722 REDEMPTION fails to receive two or more required monthly payments outside of the plan or if the post bankruptcy security agreement is breached, the automatic stay shall be terminated by consent without further motion or hearing, so as to permit 722 REDEMPTION to recover its collateral and pursue its non-bankruptcy remedies on that collateral.

DATED August 24, 2009

HAINES & KRIEGER, L.L.C.

By: ___/s/David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor(s)

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:  Rick A. Yarnall, Chapter 13 Trustee

###

- 2 -